**Christopher M. HUTCHINSON,
Petitioner–Appellant,**

v.

**Lisa EDWARDS, Respondent–Appellee.**

**No. 01–7161.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 21, 2002.

Decided March 27, 2002.

Christopher M. Hutchinson, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher M. Hutchinson seeks to appeal the district court's order denying re-

lief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Hutchinson v. Edwards,* No. CA–01–708–AM (E.D. Va. filed June 5, 2001 & entered June 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*